FILED
CLERK, U.S. DISTRICT COURT

DEC 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. | SA 11-614M |
| Tran, Khac | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tuesday, Dec 20__, __2011__, at __1:45__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N. Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __12/15/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge